JAP:JSR

**M 12- 226**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SASKEYA DIARAM,

              Defendant.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(21 U.S.C. §§ 952(a) and 960)

EASTERN DISTRICT OF NEW YORK, SS:

    Vincent Marino, being duly sworn, deposes and states that he is a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    Upon information and belief, on or about March 5, 2012, within the Eastern District of New York and elsewhere, the defendant SASKEYA DIARAM did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

    (Title 21, United States Code, Sections 952(a) and 960).

    The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this affidavit is merely to establish probable cause, I have not set forth all of the facts and circumstances of which I am aware.

1. On or about March 5, 2012, the defendant SASKEYA DIARAM arrived at John F. Kennedy International Airport in Queens, New York ("JFK") aboard JetBlue flight No. 782 from Montego Bay, Jamaica.

2. A Customs and Border Protection ("CBP") officer selected the defendant SASKEYA DIARAM for an enforcement exam. The defendant presented a brown carry-on handbag, a black carry-on handbag, a large "Chaps" rollerbag and a small "Chaps" rollerbag for inspection and she admitted that the bags and their contents belonged to her.

3. During the examination, a CBP officer noticed the bottom of the brown carry-on handbag felt unusually thick. The brown carry-on handbag was probed revealing a white powdery substance that field tested positive for cocaine. The defendant was arrested.

4. Subsequent to the defendant's arrest, the bottom of the black carry-on handbag was probed revealing a white powdery substance, which also field tested positive for cocaine.

5. The total approximate gross weight of the substances that tested positive for the presence of cocaine is 1,683.5 grams.

6. After being arrested, the defendant spontaneously stated that she did it to help her family.

3

7. After being advised of her <u>Miranda</u> rights, the defendant stated that she knew what was in the bags.

WHEREFORE, your deponent respectfully requests that the defendant SASKEYA DIARAM be dealt with according to law.

_____
Vincent Marino
Special Agent
Homeland Security Investigations

Sworn to before me this
6th day of March, 2012

_____
STEVEN                                    ATE JUDGE
UNITED
EASTER                                    RK